# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:13mj4026 HDY |
| | ) | |
| FADI QTOUF | ) | |

## ORDER

The defendant's motion to continue (docket entry no. 8) is granted, and the detention hearing is re-scheduled for Tuesday, August 27, 2013, at 2:00 p.m. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel.

IT IS SO ORDERED this __23__ day of August, 2013.

UNITED STATES MAGISTRATE JUDGE